| | | | |
|---|---|---|---|
| Case No. | Case No. 8:21-cv-00114-FLA; 8:19-bk-14912-TA | Date | July 1, 2021 |
| Title | In re Igor Shabanets | | |

Present: The Honorable **FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE**

| V.R. Vallery | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DISMISSING APPEAL

On April 16, 2021, the court ordered Appellant Igor Shabanets to show cause ("OSC") no later than April 29, 2021, why the appeal should not be dismissed for deficiencies including failure to file the required certification of interested parties and entered stamped copy of order, judgment, or decree. Dkt. 8. Appellant did not respond to the OSC or file the required documents. The court, therefore, DISMISSES this appeal.

IT IS SO ORDERED.

_____ : _____

Initials of Preparer   vrv